**754**

231 So.2d· 137

**Ex parte Evelyn BUCHANON.**

**In re CULLMAN CITY BOARD OF EDUCATION**

v.

**Evelyn BUCHANON.**

**6 Div. 773.**

Supreme Court of Alabama.

Feb. 5, 1970.

Evelyn Buchanon, pro se.

James F. Berry, Cullman, for respondent.

PER CURIAM.

We do not desire that our denial of the writ in this case is to be considered as approval of that part of the opinion of the Court of Civil Appeals pertaining to the question of the operation of laches.

Writ denied.

All Justices concur, except MADDOX, J., not sitting

229 So.2d 915

**William Walter FOSTER**

v.

**STATE.**

**7 Div. 873.**

Supreme Court of Alabama.

Oct. 23, 1969.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for petitioner.

Jas. F. Hinton, Gadsden, opposed.

BLOODWORTH, Justice.

Petition of the State, by its Attorney General, for Certiorari to the Court of Appeals to review and revise the judgment and decision in Foster v. State, 45 Ala.App. 323, 229 So.2d 913 (7 Div. 1).

Writ denied.

LIVINGSTON, C. J., and SIMPSON, COLEMAN and McCALL, JJ., concur.

231 So.2d 773

**Ex parte William.T. Hudson.**

**In re William T. HUDSON**

v.

**STATE.**

**2 Div. 533.**

Supreme Court of Alabama.

Feb. 5, 1970.

Rehearing Denied March 5, 1970.

Bryce U. Graham, Tuscumbia, for petitioner.

MacDonald Gallion, Atty. Gen., for the State.

HARWOOD, Justice.

Petition of William T. Hudson for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Hudson v. State, 45 Ala.App. 449, 231 So.2d 772 (2 Div. 3).

Writ denied.

All the Justices concur.